LAW OFFICES OF STEVEN R. FOX
Steven R. Fox, SBN 138808
17835 Ventura Blvd., Suite 306
Encino, CA 91316
(818)774-3545; FAX (818)774-3707

Attorneys for Debtor-in-Possession

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
RIVERSIDE DIVISION

In re

Engineered Framing Systems, Inc.,

Debtor.

Case No: SV 09-16236 KT

Chapter 11

NOTICE OF FILING APPLICATION FOR AUTHORITY TO EMPLOY COUNSEL, ACCOUNTANT AND C.F.O. FOR DEBTOR

: no hearing required

Petition filed May 26, 2009

Please take notice that the Debtor has filed applications to employ the Law Offices of Steven R. Fox ("LOSRF") as its general bankruptcy counsel in this case, Lucove & Say as its accountant and the Patrick Rettig Corporation as its C.F.O.

### Bankruptcy Counsel

The Debtor believes LOSRF is qualified to represent it and that it is necessary to employ LOSRF in this case. The professional has no conflicts of interests or interests adverse to the estate and LOSRF is a disinterested person. Prepetition, the Debtor paid $48,961.00 to LOSRF as a retainer. LOSRF billed $10,962.50 prepetition leaving $37,999.00 on hand when the case commenced. LOSRF's hourly billing rates are $375/attorney and $125/paralegal or law clerk. The balance of the retainer is an advance against fees retainer. It is refundable pursuant to the retainer agreement to the extent that counsel does not perform services which are to be paid for from the retainer. The Application is made under 11 U.S.C. §327.

### Certified Public Accountant

The Debtor has selected Lucove, Say & Co. ("CPA" or "firm") as its accountant for the chapter 11 case. Its services include, but are not limited to reviewing the Debtor's financial status, handling tax matters and audits, etc. The Debtor selected the firm to provide general accountancy services for it in this case as the firm is experienced in accountancy matters. To the best of the Debtor's and the firm's knowledge, there are no connections between the firm and the Debtor, creditors, any other party interest, the U.S. Trustee and its employees, the firm is a disinterested person, and the firm does not hold an adverse interest to the bankruptcy estate.

The terms and conditions of employment, including hourly charges, are set forth in the Application. Prepetition, the Debtor paid a $5,000 retainer to the firm.

- 1 -

The retainer is refundable to the extent CPA's charges are less than the amount of the retainer. Of the $5,000 retainer, $0.00 was billed against prepetition and removed prepetition from the firm's trust account. As of the filing date, $5,000.00 remained on hand in the firm's trust account. The balance of the retainer is an advance against fees retainer. It is refundable pursuant to the retainer agreement to the extent that counsel does not perform services which are to be paid for from the retainer. The application is made under 11 U.S.C. §327. The hourly rate for the CPAs are $200 and $250 hourly with bookkeepers at $90.00. There are no provisions for replenishment of the retainer.

### Chief Financial Officer

The Debtor seeks to employ the Pat Rettig Corporation as its Chief Financial Officer. Employment of a CFO is necessary to assist the Debtor with its business operations and in the chapter 11 case. The CFO is working with creditors and the Debtor to maintain business operations and also to take the Debtor through its plan to quickly become a significantly smaller company.

The Debtor requires the services of a C.F.O. to assist in running the company and also working with counsel in the chapter 11 case. Rettig has experience working with troubled companies and has done so over the past 15 years. Rettig's services will include overseeing (with the Debtor's principals) the business and its cash flow, working on directions the company should take during the chapter 11 case, working with customers as needed, assisting the company through the chapter 11, working with counsel to handle those duties that debtors normally have in chapter 11 cases.

To the best of the Debtor's knowledge, Rettig and its principal are disinterested persons and hold no interest adverse to the Debtor, creditors, or the estate. To the best of Applicant's knowledge, Rettig and its principal have no connection with the creditors or any other party-in-interest or their respective attorneys and accountants or the United States Trustee for the Central District of California (or any relative of a designee for, or assistant to, the United States Trustee) or any Judge of this Court.

_Compensation_. Debtor has agreed to compensate Rettig at the rate of $10,000.00 monthly and paid in equal portions on the 1st and 15th of each month. Prepetition, Rettig was retained and paid on May 1st and May 15th, 2009, and paid a total of $10,000. Rettig has not been paid a retainer nor has Rettig been provided any compensation other than that disclosed here.

You are not required to take any action. Should you wish to oppose the Application, the Local Bankruptcy Rules set forth the procedure for you to follow. Your response and request for hearing must be in the form required by Local Bankruptcy Rule 9013-1(a)(7), must be filed an served on the Debtor, on counsel for the Debtor and the U.S. Trustee not later then 15 days from the date of service of this Notice. If no opposition is received, LOSRF will promptly submit orders for the Court's signature (LBR 0-13-1(o)(3). Should you desire a copy of either Application, you may request a copy in writing only from LOSRF at the address above, via email to emails@foxlaw.com or obtain them from the Bankruptcy Court. Telephonic requests for copies of the Applications will not be honored.

Dated: May 26, 2009

Respectfully submitted,

By _____
Steven R. Fox, proposed counsel for Debtor-in-Possession

-2-

| In re: Engineered Systems, Inc. <br> Debtor(s) | CHAPTER: 11 <br> CASE NUMBER: 09-16236 KT |
|---|---|

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17835 Ventura Boulevard, Suite 306 Encino, California 91316

A true and correct copy of the foregoing document described as **NOTICE OF FILING APPLICATION FOR AUTHORITY TO EMPLOY COUNSEL, ACCOUNTANT AND C.F.O. FOR DEBTOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

___ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On **5/27/09** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed. **BY OVERNIGHT MAIL**

**X Service information continued on attached page**

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

___ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/27/09 | Nancy C. Hogan | *Nancy C. Hogan* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009      F 9013-3.1

Office of the U. S. Trustee
21051 Warner Center Lane
Suite 115
Woodland Hills, CA 91367


ALL CREDITORS

A-Line Inc. Crane Services
18032 C Lemon Drive
Suite 212
Yorba Linda, CA 92886

Airgas - West Inc
P O Box 6030
Lakewood, CA 90714-6030

American Express
P O Box 0001
Los Angeles, CA 90096-0001

American General Life Ins
P O Box 4373
Houston, TX 77210-4373

Applebaum Technical Services
319 River Bend Road
Roseburg, OR 97470

Arrow Steel
10945 Memory Park Ave
Mission Hills, CA 91345

Arrow Tools, Fasteners & Saw Inc
7635 Burnet Avenue
Van Nuys, CA 91405-1005

AT&T Mobility
P O Box 6463
Carol Stream, IL 60197-6463

AT&T Payment Center
Sacramento, CA 95887-0001

BICA
P O Box 60502
Los Angeles, CA 90060-0502

Carpenters 46 Northern CA Counties
446 Hegenberger Road
Oakland, CA 94621

Carpenters Trusts for Southern CA
533 S Fremont Avenue
Los Angeles, CA 90071-1706

Construction Notice Services, Inc.
9520 Padgett St. Suite 208
San Diego, CA 92126-4447

Davis Blue Print Co., Inc.
3205 N Main St.
Los Angeles, CA 90031

Employment Development Department
Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Ford Graphics
681 S. Raymond Avenue
Pasadena, CA 91105

GC Fence & Welding
16127 Francisquito Ave
La Puente, CA 91744

Genworth Life & Ins Co
P O Box 79314
Baltimore, MD 21279-0314

Glu Lam Industries
3909 S 8000 West
Magna, UT 84044

Hilti, Inc.
P O Box 382002
Pittsburgh, PA 15250-8002

Internal Revenue Service
ACS Support-Stop 813G
PO Box 145566
Cincinnati, OH 45250-5566

Internal Revenue Service
Box 21126
Philadelphia, PA 19114

IRS - LA & SFV
Ch 7,11,13 Noticing
Insolvency Stop 5022
300 N Los Angeles St, Room 4062
Los Angeles, CA 90012-9903

J & D Tool Repair, Inc.
14050 Orange Ave Unit B
Paramount, CA 90723

J & S Metals
P O Box 8767
Rowland Heights, CA 91748-0767

Jocal Trust
24711 Golden Oak Lane
Newhall, CA 91321

Lang Construction
80590 Camino San Gregorio
Indio, CA 92203-7434

Load Center Inc.
1510 White Avenue
La Verne, CA 91750

Maid For You
P O Box 220040
Newhall, CA 91322

Timothy P. McCarthy
17823 Rinaldi Street
Granada Hills, CA 91344

McIntyre Co.
872 Towne Center Drive
Pomona, CA 91767-5902

Mobile Mini LLC CA
P O Box 79149
Phoenix, AZ 85062-9149

Agustin Munoz P
552 S Beechwood Ave
Rialto, CA 92376

NBS
22615 La Vina
Mission Viejo, CA 92691

Orco Construction
Supply-Sun Valley
477 North Canyons Prkwy
Suite A
Livermore, CA 94550

Precision Component
Systems
6930 E First St.
Scottsdale, AZ 85251

Premium Financing
Specialists
P O Box 100384
Pasadena, CA 91189-0384

QBI
21021 Ventura Blvd.
2nd Flr
Woodland Hills, CA 91364

Quincy Joist Company
520 S Virginia St.
Quincy, FL 32351

Reliable Wholesale Lumber
P O Box 191
Huntington Beach, CA 92648

Roberson Drafting
850 Alsace Loraine
Half Moon Bay, CA 94019

Safety Compliance Co
P O Box 9760
Moreno Valley, CA
92552-9760

Sky Lift Rentals
P O Box 41527
Los Angeles, CA 90041

Sparkletts
P O Box 660579
Dallas, TX 75266-0579

TG Construction Inc
119 Standard Street
El Segundo, CA 90245

Tim McCarthy
17823 Rinaldi
Granada Hills, CA 91344

Tobin Steel Co, Inc.
P O Box 717
Santa Ana, CA 92702

Tomarco
14848 Northam Street
La Mirada, CA 90638

Tower Construction
9130 Glenoaks Blvd.
Sun Valley, CA 91352

Verizon California
P O Box 9688
Mission Hills, CA 91346-9688

Waste Management
P O Box 78251
Phoenix, AZ 85062-8251

Wells Fargo
P O Box 948750
Sacramento, CA 95834

Weyrick Companies
P O Box 688
Templeton, CA 93465

White Cap
P O Box 1770
Costa Mesa, CA 92628-9901

Winther & Co., Inc.
Niels C. Winther
3325 Cochran St. Suite 106
Simi Valley, CA 93065

XCS
2259 E Via Burton Avenue
Anaheim, CA 92806

Xtreme Roll Off Services
P O Box 8742
Moreno Valley, CA 92552