LAW OFFICES OF STEVEN R. FOX
Steven R. Fox, CBN 138808
17835 Ventura Blvd., Suite 306
Encino, CA 91316
(818) 774-3545 Fax (818) 774-3707

**FILED & ENTERED**

JUN 23 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY espino    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – WOODLAND HILLS DIVISION

In re

Engineered Framing systems, Inc.,

    Debtor.
_____

) **CASE NO:   SV 09-16236 GM**
)
) **CHAPTER 11**
)
) **ORDER GRANTING APPLICATION**
) **TO EMPLOY COUNSEL FOR**
) **DEBTOR-IN-POSSESSION**
)
) **Date: No Hearing Required**
)

    Upon consideration of the Debtor's Application for Authority to Employ Counsel for Debtor-in-possession ("Application"), the concurrently filed Declaration of Steven R. Fox attesting that no opposition to the Application was received, the Court finding that notice of the Application was proper, that no objection to the Application was timely made, that the proposed Counsel is disinterested and does not hold any interest adverse to the estate, and good cause appearing,

///

Therefore:

**IT IS ORDERED** that the Application be, and the same hereby is, granted.

**IT IS ORDERED** that the Debtor-in-Possession is authorized to employ the Law Offices of Steven R. Fox to perform all of the services set forth in the Application, with such compensation from the estate as is approved by the Court.

**IT IS ORDERED** that The Law Offices of Steven R. Fox is further authorized to draw down upon the security deposit set forth in the application pursuant to the Guidelines of the Office of the United States Trustee.

\###

DATED: June 23, 2009

_____
United States Bankruptcy Judge

- 2 -

| In re: Engineered Framing Systems Inc., | CHAPTER: 11 |
|---|---|
| Debtor(s) | CASE NUMBER: 09-16236 GM |

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17835 Ventura Boulevard, Suite 306 Encino, California 91316

A true and correct copy of the foregoing document described as **ORDER GRANTING APPLICATION TO EMPLOY COUNSEL FOR DEBTOR-IN-POSSESSION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I.     TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 15, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Service information continued on attached page

**II.     SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Chambers of the Honorable Geraldine Mund, U.S. Bankruptcy Judge

Service information continued on attached page

**III.     SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 1, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

___ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 16, 2009 | Deanne Fuqua | _____/s/_____ |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

_____
This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

January 2009

**F 9013-3.1**

| In re: Engineered Framing Systems, Inc., | CHAPTER: 11 |
|---|---|
| Debtor(s) | CASE NUMBER: 09-16236 GM |

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING APPLICATION TO EMPLOY COUNSEL FOR DEBTOR-IN-POSSESSION** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

I. **SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of June 16, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Jennifer L Braun    jennifer.l.braun@usdoj.gov

Steven R Fox    emails@foxlaw.com

Christian L Raisner    bankruptcycourtnotices@unioncounsel.net, craisner@unioncounsel.net

United States Trustee (SV)    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page