1  LAW OFFICES OF STEVEN R. FOX
   Steven R. Fox, SBN 138808
2  17835 Ventura Blvd., Suite 306
   Encino, CA 91316
3  (818)774-3545; FAX (818)774-3707

4

5  Attorneys for Debtor-in-Possession

6

7

8              UNITED STATES BANKRUPTCY COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10               WOODLAND HILLS DIVISION

11  In re                        ) CASE NO: SV 09-16236 GM

12                               ) CHAPTER 11

13  Engineered Framing Systems,  ) STATUS REPORT FOR STATUS
                                   CONFERENCE; DECLARATION OF
14                               ) JOHN DURST

15       Debtor.                 ) Date  : July 14, 2009
                                   Time  : 10:00 .am.
16                               ) Place : Courtroom 303

17  _____) Petition filed May 26, 2009

18      TO THE HONORABLE GERALDINE MUND, U.S. BANKRUPTCY JUDGE:

19      COMES NOW the Debtor with its Status Report.

20

21  Dated: July 7, 2009              LAW OFFICES OF STEVEN R. FOX

22

23

24                                   Steven R. Fox, counsel for Engineered
                                     Framing Systems, Inc., Debtor-in-
25                                   Possession

26

27

28

                                   - 1 -

# DECLARATION OF JOHN DURST

I John Durst, declare as follows:

1.  I am the President of Engineering Framing Systems, Inc., a California corporation ("EFS"). My business address is 17823 Rinaldi Street, Granada Hills, CA 91344. My statements here are based on my personal knowledge. If called to testify about the contents of my declaration, I could and would testify competently about the contents of this declaration. This declaration is offered in connection with the Debtor's Status Report to the Court for the status conference set to be held on July 14, 2009.

I.

**Events Leading Up to and Causing the Filing of This Chapter 11 Case.**

2.  EFS does commercial and industrial panelized roof structures ("PRS") and rough carpentry. PRS is the superstructure of the roof system of the building. Along with PRS work, EFS also does rough carpentry or wooden framing for walls and wooden stairways (both public stairways and in stairwells). EFS also does seismic retrofit work on commercial and industrial buildings. EFS constructs the superstructure of the roof to tie buildings together. There are relatively few companies providing PRS construction given the difficult engineering issues involved. One advantage EFS holds is that one of its shareholders is a licensed engineer. This keeps engineering costs down.

3.  Prepetition, EFS was hit by two embezzlements. The more serious one resulted in EFS not paying payroll taxes for several quarters. This amounted to hundreds of thousands of dollars. The loss of the money and the efforts to make up for the stolen money cost EFS dearly. The Debtor has paid down or paid off the EDD and has paid a lot of money to the IRS. The embezzlements have made it tough for EFS to remain current in contractual payments to the Carpenters Trust Fund. The slowing economy, the change in the nature of jobs, EFS' decision to retain its body of workers, a decision

- 2 -

by EFS to take work keep workers working (even though the jobs cost EFS
dearly) all have hit EFS hard.  The Debtor typically employs 60 employees.

4.    Despite its problems and the recession, the Debtor's economic prospects are
good.  Overtime, the Debtor's historical business will return.  The Debtor
has an in-house engineer, Timothy McCarthy.  Having an engineer on staff,
unlike the competing roofing companies, helps to keep costs down.  As
demand for PRS returns, there will still only be five companies that are large
enough, skillful enough, have the insurance requirements, have a collective
bargaining agreement with the Carpenters, be a union shop and otherwise
meet the qualifications to bid on and obtain contracts.

5.    The Debtor is using its expertise with roof structures to bid on (and is
obtaining contracts for) church roof work.  Church roofs are large truss roof
structures.  Most roofing companies cannot handle large church roof
construction so this is a fertile opportunity for EFS.  The Debtor is using the
same expertise to look for green roofing work, that is, reinforcing existing
roofs so they can support solar panels.  This work requires the significant
expense of an engineer.  The Debtor, having an engineer on staff, can often
under bid its competitors.

6.    The Debtor recently hired a C.F.O. who intends to transform EFS into a
smaller but profitable company.  He is also working to prepare the
company for when economic times get better.

## II.

## Post-Petition Events

7.    The Debtor has taken steps to comply with its obligations as a Debtor-in-
Possession.  The Debtor filed complete schedules and various first day
motions and applications and is providing to the U.S. Trustee proof of
insurance and other compliance documentation.  The Debtor maintains
workers compensation, general liability and products liability insurances.

8.   The Debtor has filed the following motions and applications and the Court
     has ruled on all of them:

     1.    Cash Collateral.  The Court authorized the use of cash collateral
           through November 30, 2009.

     2.    Bar Date: By Court order, the bar date for general unsecured claims
           is August 3, 2009.

     3.    Motion directing Wells Fargo to Remove Debit Restraint: The Court
           entered an order directing Wells Fargo to remove its debit restraint.

     4.    Electronic Service.  The Court authorized the Debtor to serve
           consenting creditors by email.

     5.    Employment.  The Court has entered orders authorizing the Debtor to
           employ its professionals.

     6.    Payroll Motion.  The Court entered an order authorizing the Debtor to
           pay priority prepetition wages and benefits.

     7.    Joint Checks.  The Court entered an order authorizing the Debtor to
           negotiate joint checks.

                                         III.

             The Debtor's Assets, Income, Expenses and Liabilities.

9.   Assets.  The Debtor's assets include receivables which, at present, amount to
     approximately $500,000.  In June, the Debtor received $689,000 in
     monies.  Based on monies owed and monies which the Debtor is likely to
     earn in coming months, the Debtor's receivables will exceed $3,200,000.
     Almost 100% of these receivables will be collected over time.  The Debtor's
     other assets include inventory, machinery and equipment, tools, vehicles,
     and other personal property.

10.  Income and Expenses.  The Debtor operates on a fiscal year ending
     September 30th.  In fiscal year 2005 (ending September 30, 2006, the
     Debtor's gross receipts were $16,680,131.  In fiscal year 2006, (ending

September 30, 2007), the Debtor's gross receipts were $16,637,045.  In fiscal year 2007 (ending September 30, 2008), the Debtor's gross income was $16,046,455.  (This figure is taken from an internally generated P&L.) In fiscal year 2008, the Debtor believes that its gross income will reach $10,000,000.00 on an accrual basis.

11.  <u>Secured Claims</u>.  The IRS and the State of California hold what appear to be secured claims in the Debtor's personal property assets.  The payroll taxes owed to the IRS showing on the liens amounts to perhaps $900,000.00 though the IRS states it is owed considerably less.  The Debtor believes that it paid off payroll taxes owed to the EDD but the state did not remove its liens. It is possible that the Debtor owes a nominal amount of money to the EDD.

12.  <u>Unsecured Claims</u>.  The Debtor's unsecured claims exceed $2.1 million. Within these claims are creditors whose goodwill and willingness to continue to do business with the Debtor are crucial for the reorganization.

## IV.

### General Outline of the Reorganization and Activities the Debtor Must Complete Prior to Filing a Disclosure Statement and Plan.

13.  The Debtor's personnel and the C.P.A. have been meeting to work through two years of historical financial information so the C.P.A. has some level of assurance the prepetition financial information is relatively accurate.  The inspection is not an audit or a review as they would take too much time and expense.  The CPA is satisfied sufficiently that EFS and the CPA have begun to prepare plan payment projections.

14.  The Debtor intends to reorganize by staying in business and paying its creditors over time.  The I.R.S., as a secured creditor, does not enjoy the 5 year payment limitation period found in §1129(a)(9).  The Debtor needs to come current with the Trust Fund and also pay a dividend to unsecured creditors.  Many of the unsecured creditors are very important to the Debtor

and its ability to remain in business.  The Debtor will be discussing the plan with the I.R.S. and the Trust Fund after the financial projections are completed and as the plan and disclosure statement are being drafted.

15.   The Debtor believe that its disclosure statement and plan will be filed by the middle of August, 2009.

16.   This Report has been served on the U.S. Trustee via the Court's NEF system.

I declare under penalty of perjury and the laws of the U.S. of America that the foregoing is true and correct.

Executed this July 7, 2009, at _____, California.

SIGNATURE
To Follow

John Durst

<table>
<tr><td>NOTE:<br>When<br>using<br>this<br>form to</td><td>In re: Engineered Framing Systems,</td><td>CHAPTER:11    Case No. SV 09-16236 GM</td></tr>
</table>

indicate service of a proposed order, DO NOT list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 17835 Ventura Boulevard, Suite 306 Encino, California 91316.   A true and correct copy of the foregoing document described as STATUS REPORT FOR STATUS CONFERENCE  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 17, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:

Jennifer L Braun jennifer.l.braun@usdoj.gov
Steven R Fox emails@foxlaw.com
Christian L Raisner bankruptcycourtnotices@unioncounsel.net, craisner@unioncounsel.net
United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov

_____Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On June 15, 2009, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Chambers of the Honorable Geraldine Mund (by U.S. Mail)

_____ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

_____ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

July 7, 2009        ~~Deanne Fuqua~~        _____
Date                Type Name                Signature

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California
January 2009

F 9013-3.1